FILE COPY

RE: Case No. 25-1093                          DATE: 12/9/2025
COA #: 15-24-00058-CV                              TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 14, 2026.**

MR. RYAN  KERCHER
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093                    DATE: 12/9/2025
    COA #: 15-24-00058-CV                    TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 14, 2026.**

                    MR. KEVIN T. O'HANLON
                    O'HANLON, DEMERATH & CASTILLO
                    808 WEST AVENUE
                    AUSTIN, TX  78701
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093                          DATE: 12/9/2025
    COA #: 15-24-00058-CV                         TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 14, 2026.**

                    CHRISTOPHER   PRINE
                    FIFTEENTH COURT OF APPEALS
                    P.O, BOX 12852
                    AUSTIN, TX   78711
                    * DELIVERED VIA E-MAIL *

RE: Case No. 25-1093                          DATE: 12/9/2025
   COA #: 15-24-00058-CV                         TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

    Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case.  The petition for review is due to be filed no later than **January 14, 2026.**


                    MR. BENJAMIN A.  GESLISON
                    BAKER BOTTS LLP
                    910 LOUISIANA ST STE 3000
                    HOUSTON, TX  77002-4908
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093                    DATE: 12/9/2025
    COA #: 15-24-00058-CV                       TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under Tex. R. App. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 14, 2026.**

                    MR. ZACHARY  RHINES
                    TEXAS OFFICE OF THE ATTORNEY GENERAL
                    P.O. BOX 12548 (MC 059)
                    AUSTIN, TX  78711-2697
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-1093                                    DATE: 12/9/2025
    COA #: 15-24-00058-CV                                 TC#: 4764
STYLE: ENGIE IR HOLDINGS LLC v. HANCOCK

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **January 14, 2026.**

COUNTY CLERK  STONEWALL COUNTY
STONEWALL COUNTY COURT
PO DRAWER P
ASPERMONT, TX  79502-0513
* DELIVERED VIA E-MAIL *